# United States District Court
## Southern District of Georgia

LEVAR GRANT,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 117-029

NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated March 26, 2018 adopting the Report and Recommendation as the opinion of the Court, the Court reverses the Acting Commissioner's final decision and remands this case to the Acting Commissioner for further consideration in accordance with the Court's opinion.

3/26/2018
*Date*

Scott L. Poff
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk